**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL CASTILLO-FERIA,

    Petitioner,

v.                                        CASE NO: 8:06-CV-587-T-30TBM
                                              Criminal. No: 8:04-CR-438-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon Petitioner's Motion for Voluntary Dismissal of §2255 Petition (Dkt. #12). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Petitioner's Motion for Voluntary Dismissal of §2255 Petition (Dkt. #12) is GRANTED.

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (CV Dkt. #1) is DISMISSED without prejudice.

3. The Clerk is directed to terminate from pending status the motion to vacate found at Dkt.#254, in the underlying criminal case, case number 8:04-CR-438-T-30TBM.

4. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-587.deny 2255.wpd*